KAREN D. DILLENBECK, by MARLENE DILLENBECK, Her Mother, Appellant, v. PERCY BAILEY et al., Respondents. HADLEY DILLENBECK, JR., by MARLENE DILLENBECK, His Mother, Appellant, v. PERCY BAILEY et al., Respondents. (Appeal No. 1.) — Order unanimously affirmed, without costs. Memorandum: An appeal lies from the Special Term order granting a separate trial of the issue of liability. (CPLR 603, 5701, subd. [a], par. 2, cl. [v]; *Palmer* v. *Socony Oil Co.*, 273 App. Div. 925.) Upon review thereof we hold that it was properly granted (*Culley* v. *City of New York*, 25 A D 2d 519; *Mercado* v. *City of New York*, 25 A D 2d 75). (Appeal from order of Herkimer Trial Term directing separate trial on issue of liability.) Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.